UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
BERDINA MOORE-BONDS,   :
:
                Plaintiff,   :
:      25 Civ. 1428 (JPC)
     -v-   :
:      <u>ORDER</u>
MORGAN STANLEY & CO. LLC *et al.*,   :
:
                Defendants.   :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

        The Court's July 8, 2025 Order setting an initial pretrial conference, Dkt. 27, is vacated.

The parties shall file a joint status letter within two weeks following the conclusion of mediation.

        SO ORDERED.

Dated: July 10, 2025
       New York, New York
                                                  JOHN P. CRONAN
                                                United States District Judge