# Morgan Lewis

**Terry D. Johnson**
Partner
+1.609.919.6689
terry.johnson@morganlewis.com

May 1, 2026

**VIA ECF**
Hon. John P. Cronan
United States District Court for the S.D.N.Y
500 Pearl St.
New York, NY 10007

Re:    ***Berdina Moore-Bonds v. Morgan Stanley & Co., LLC et al.***
       **Case No. 1:25-cv-01428-JPC**

Your Honor:

We write on behalf of the parties in this matter. Recently, the parties have resumed settlement discussions. There is also a pending request by Plaintiff to file a Motion to Compel Discovery, and discovery is currently scheduled to end on May 12, 2026. (ECF No. 41).

Accordingly, in order to avoid further burden on the Court and fully devote their time and resources settlement efforts, the parties respectfully request that the Court stay any decision on the motion request, and stay and extend the current case deadlines, for 30 days until June 1, 2026. At that time, the parties will submit a status update on settlement discussions and either file a stipulation of dismissal or a request to amend the Scheduling Order with proposed deadlines to complete outstanding discovery.

Thank you for your attention to this matter.

Respectfully submitted,

*/s/ Terry D. Johnson*
Terry D. Johnson

TDJ/JES

The instant request is granted. All pending motions and deadlines are stayed until June 1, 2026, at which point the parties shall file either a stipulation of dismissal or a request to amend the Case Management Plan with proposed revised deadlines. The Clerk of Court is respectfully directed to close Docket Number 44.

SO ORDERED. Date:
May 4, 2026
New York, New York

JOHN P. CRONAN
United States District Judge

**Morgan, Lewis & Bockius LLP**

502 Carnegie Center
Princeton, NJ  08540-6241          **T** +1.609.919.6600
United States                     **F** +1.609.919.6701

A Pennsylvania Limited Liability Partnership | Michelle Silverman, Partner-in-Charge